BEFORE THE SECOND DIVISION, NOVEMBER 17, 1964

**No. 68891.**—Lafayette Brass Mfg. Co., Inc. *v.* United States, protests 63/18131 and 63/9008 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.

**No. 68892.**—Amity Fabrics, Inc. *v.* United States, protests 62/3439(A), etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.